# GINSBURG & MISK LLP

ATTORNEYS AT LAW
215-48 JAMAICA AVENUE
QUEENS VILLAGE, N.Y. 11428

(718) 468-0500
FAX (718) 468-0592
WWW.GMLAWYERS.NET

JACKSON HEIGHTS OFFICE
37-51 76TH STREET
JACKSON HEIGHTS, N.Y. 11372
(718) 468-0500

NEW YORK OFFICE
119 WEST 57TH STREET
NEW YORK, N.Y. 10019
(212) 245-0500

March 16, 2017

**Via ECF**

Clerk of the Court
U.S. District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

    Re:   **Response to Request to Deem Three Cases as Related:**

        **L.G. v. Long Beach CSD, et al.**
        **Docket No. 17 CV 00453**

        **Greengus v. Long Beach CSD, et al.**
        **Docket No. 16 CV 01955 (SJF)(AYS)**

        **Weitzman v. Long Beach CSD, et al.**
        **Docket No. 16 CV 3544 (SJF)(SIL)**

Dear Clerk of the Court:

    This office represents the plaintiffs in the L.G. v. Long Beach CSD, et al. action, Docket No. 17 CV 00453. I am writing in response to the letter of defendant Long Beach School District dated March 10, 2013.

    While I agree that the L.G. v. Long Beach case is related to the Greengus v. Long Beach CSD, et al. case, Docket No. 16 CV 01955, I do not believe that the Weitzman v. Long Beach CSD case is similarly situated.

    The first two case, L.G. and Greengus are brought on behalf of infant plaintiffs who were the subject of abuse at the hands of teacher Lisa Weitzman and two aides, which abuse was long ignored by administration at Long Beach City School District. The Weitzman action on the other hand, seeks damages for defamation against the school district. The facts and the law regarding the Weitzman case are different than the claims of the infant plaintiffs and therefore New York Local Civil Rule 50.3.1(a) does not apply.

Clerk of the Court
March 16, 2017
Page 2


    The undersigned respectfully requests a determination that the L.G. and Greengus cases are related but that the Weitzman case is not and should stand alone.

    I thank you in advance for your attention to this matter,

                            Very truly yours,

                            GERARD N. MISK

GNM:de