# CIVIL CAUSE FOR INITIAL CONFERENCE

## BEFORE: JUDGE FEUERSTEIN

**DATE:** March 23, 2017   **TIME:** 30 minutes

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 23 2017 ★

LONG ISLAND OFFICE

**CASE NUMBER:** 2:17-cv-00453-SJF-AYS

**CASE TITLE:** L.G. et al v. Long Beach Public Schools et al

**PLTFFS ATTY:** Gerard Misk
   X present   ___ not present

**DEFTS ATTY:** Lewis Silverman
   X present   ___ not present

   Laura Endrizzi
   X present   ___ not present

**COURT REPORTER:** ___   **COURTROOM DEPUTY:** BRYAN MORABITO

**OTHER:** ___

_X_ CASE CALLED.

_ DECISION: ORDER(S) SIGNED / ENTERED ON THE RECORD / RESERVED.

**OTHER:** A status conference is scheduled before Judge Feuerstein on 9/13/2017 at 11:00 am.