# GINSBURG & MISK LLP

ATTORNEYS AT LAW
215-48 JAMAICA AVENUE
QUEENS VILLAGE, N.Y. 11428

(718) 468-0500
FAX (718) 468-0592
WWW.GMLAWYERS.NET

JACKSON HEIGHTS OFFICE
37-51 76TH STREET
JACKSON HEIGHTS, N.Y. 11372
(718) 468-0500

NEW YORK OFFICE
119 WEST 57TH STREET
NEW YORK, N.Y. 10019
(212) 245-0500

April 12, 2019

**Via ECF**

Honorable Judge Sandra Feuerstein
U.S. District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

  Re: **L.G. v. Long Beach CSD, et al.**
    **Docket No. 17 CV 453**

Dear Judge Feuerstein:

  This office represents the plaintiffs in the above-referenced matter. As this Court is aware, this matter was consolidated with several other cases which were closed on December 13, 2017, pending issuance of a decision in a relevant New York State Education Law 3020-a proceeding. You have recently extended the deadline to reopen this case to August 30, 2019.

  We have just been advised that a decision has been rendered by the appointed Hearing Officer who has published his Opinion and Award on March 31, 2019. The redacted version of the Hearing Officer's Opinion and Award has just been provided to the public and has been reviewed by the undersigned.

  It appears that the Hearing Officer has sustained three of the charges against the teacher Lisa Weitzman and has suggested a penalty of dismissal. The issue of Ms. Weitzman's dismissal has been taken up by the school board and that action was indeed affirmed at a Special Meeting last week.

  Based upon the foregoing, I respectfully request that the above-referenced matter be reopened and that it be calendared for a conference in order to schedule discovery in this long dormant matter. The undersigned has contacted all counsel for the parties in the various consolidated actions and no one has raised any objections to this application.

  Should a formal motion be required, please so advise and the undersigned will be happy to comply.

Honorable Judge Sandra Feuerstein
April 12, 2019
Page 2

    I thank you in advance for your attention to this matter.

                                       Respectfully submitted,

GNM:de                                      GERARD N. MISK