# CIVIL CAUSE FOR STATUS CONFERENCE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ MAY 14 2019 ★
LONG ISLAND OFFICE

**BEFORE: JUDGE FEUERSTEIN**

DATE: May 14, 2019       TIME: 30 MINUTES

CASE NUMBER:   2:17-cv-00453-SJF-AYS

CASE TITLE:    L.G. et al v. Long Beach Public Schools et al

PLTFFS ATTY:   Gerard Misk
               _X_ present       ___ not present

DEFTS ATTY:    John Flaherty and Jennifer Robinson
               _X_ present       ___ not present

COURT REPORTER:

COURTROOM DEPUTY: Bryan Morabito

_X_   CASE CALLED.

_     HEARING HELD/ CONT'D TO _____.

_     ORDER ENTERED ON THE RECORD.

OTHER: Outstanding discovery is respectfully referred to the assigned magistrate judge. All discovery shall be complete by 2/18/2020.   A pretrial conference is scheduled before Judge Feuerstein on 5/18/2020 at 11:15 am.