GERARD N. MISK, ESQ. (GNM 7428)
GINSBURG & MISK LLP
Attorneys for Plaintiffs
215-48 Jamaica Avenue
Queens Village, New York 11428
P: (718) 468-0500
F: (718) 468-0592
gmisk@gmlawyers.net

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
L.G., by his mother and natural
guardian, JENNIFER GILMORE,
C.G., by his mother and natural           Docket No.
guardian, ZOILA PATRICIA GARCES,          2:17-cv-00453 (ADS)(ARL)
A.D., by his mother and natural
guardian, NICOLE SUGRUE and
E.M., by his mother and natural
guardian, PAMALA MUNIZ,

                    Plaintiffs,           **PLAINTIFFS'**
     -against-                            **RULE 26 DISCLOSURES**

LONG BEACH PUBLIC SCHOOLS, LISA
WEITZMAN, JEANMARIE LILLEY, LAUREN
SCHNEIDER, SABRINA CANTORE, VINCENT
RUSSO, DR. RANDIE BERGER, DR. MICHELLE
NATALI and DAVID WEISS, in their
individual and official capacities,

                    Defendants.
----------------------------------------X

   Plaintiffs, by their attorneys, GINSBURG & MISK LLP, hereby make the following disclosures pursuant to F.R.C.P. Rule 26(a)(1).

   (a)(1)(A)(i)  The following individuals are likely to have discoverable information regarding events which occurred in the classroom of defendant Lisa Weitzman involving the infant plaintiffs herein and other students;

   Lisa Weitzman
   Jeanmarie Lilley
   Lauren Schneider
   Sabrina Cantore

```
Vincent Russo
Dr. Randie Berger
Dr. Michelle Natali
David Weiss
John Emmons
Roy Lester
Darlene Tagney
Dennis Ryan
Patrick Gallagher
Stewart Mininsky
Kathleen Casey
Joanne Rea
Kevin Richman
Renee Cielski
Laura Ragona
Dayna D'Alessio
Matthew Reiner
Amy Teemer Deale
Jaime Arkow
Ariel Silegman
Gina Calabrese
Aimee McNicholas
Steve Freeman
Kathleen Connolly
Parker Ramsey
Kristen Pipitone
Jean Schlegel
Rebecca Crowley
Kerry DeStefano
Patrice Krzeminski
Vilma Evangelista
```

Of the above list, most are believed to be current or former employees of defendant Long Beach Public Schools. To the extent that the individuals are no longer so employed, plaintiff does not currently have phone numbers or addresses.

(ii) Plaintiffs currently maintain in their possession a copy of the class folder for plaintiff C.G. including but not limited to his communications notebook.

(iii) At this time, plaintiffs cannot provide a computation

of each category of damages claimed.

(2) Plaintiffs have not retained an expert witness for testimony at trial. However, plaintiffs reserve the right to amend and/or supplement this response once an expert is retained.

Dated: Queens Village, New York
      May 28, 2019

                              Yours, etc.,

                              GINSBURG & MISK LLP

BY: _____
     GERARD N. MISK, ESQ. (GNM 7428)
     Attorneys for Plaintiffs
     215-48 Jamaica Avenue
     Queens Village, New York 11428
     (718) 468-0500

TO:   CONGDON FLAHERTY O'CALLAGHAN
      Attorneys for Defendants
      LISA WEITZMAN, JEANMARIE
      LILLEY, LAUREN SCHNEIDER
      333 Earle Ovington Boulevard #502
      Uniondale, NY 11553
      (516) 542-5900

      SILVERMAN & ASSOCIATES
      Attorneys for Defendants
      LONG BEACH PUBLIC SCHOOLS,
      SABRINA CANTORE, VINCENT,
      RUSSO, DR. RANDIE BERGER,
      DR. MICHELLE NATALI and DAVID WEISS
      445 Hamilton Avenue-Suite 1102
      White Plains, New York 10601
      (914) 574-4510