# GINSBURG & MISK LLP

ATTORNEYS AT LAW
215-48 JAMAICA AVENUE
QUEENS VILLAGE, N.Y. 11428

(718) 468-0500
FAX (718) 468-0592
WWW.GMLAWYERS.NET

JACKSON HEIGHTS OFFICE
37-51 76TH STREET
JACKSON HEIGHTS, N.Y. 11372
(718) 468-0500

NEW YORK OFFICE
119 WEST 57TH STREET
NEW YORK, N.Y. 10019
(212) 245-0500

July 15, 2019

**Via ECF**

Magistrate Judge Anne Y. Shields
U.S. District Court
Eastern District of New York
100 Federal Plaza
P.O. Box 830
Central Islip, NY 11722

    **Re: L.G. v. Long Beach CSD, et al.**
         **Docket No. 17 CV 453**

Dear Honorable Magistrate Shields:

    The undersigned represents the four plaintiffs in the above-referenced matter. On May 15, 2019 Judge Sandra Feuerstein referred discovery in this matter to your attention.

    The parties have made all initial Rule 26 Disclosures and had a Rule 26 Conference. At this time, the parties respectfully request that Your Honor schedule a Rule 16 Conference to schedule all remaining discovery which, according to Judge Feuerstein's Order is to be completed by February 18, 2020.

    I thank you for your attention to this matter and anticipate contact from your Chambers.

                                  Respectfully submitted,

                                  GERARD N. MISK

GNM:de

cc: Congdon Flaherty O'Callaghan
    Lewis R. Silverman, Esq.