# GINSBURG & MISK LLP

ATTORNEYS AT LAW
215-48 JAMAICA AVENUE
QUEENS VILLAGE, N.Y. 11428

JACKSON HEIGHTS OFFICE
37-51 76TH STREET
JACKSON HEIGHTS, N.Y. 11372
(718) 468-0500

(718) 468-0500
FAX (718) 468-0592
WWW.GMLAWYERS.NET

NEW YORK OFFICE
119 WEST 57TH STREET
NEW YORK, N.Y. 10019
(212) 245-0500

August 6, 2019

**Via ECF**

Magistrate Judge Anne Y. Shields
U.S. District Court
Eastern District of New York
100 Federal Plaza
P.O. Box 830
Central Islip, NY 11722

    **Re: L.G. v. Long Beach CSD, et al.**
    **Docket No. 17 CV 453**

Dear Honorable Magistrate Shields:

    This office has previously written on July 15, 2019 requesting a Rule 16 Conference on the above-referenced case which has been referred to you for discovery by Judge Sandra Feuerstein.

    As Judge Feuerstein has set a very limited time for discovery, I ask that you kindly contact the attorneys to schedule a Rule 16 Conference at the Court's earliest convenience.

    I thank you again for your attention to this matter.

                                    Respectfully submitted,

                                      GERARD N. MISK

GNM:de

cc: Congdon Flaherty O'Callaghan
    Lewis R. Silverman, Esq.