UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
L.G. byi his mother and natural guardian, JENNIFER
GILMORE, C.G., by his mother and natural guardian,
ZOILA PATRICIA GARCES, A.D., by his mother and
natural guardian, NICOLE SUGRUE and E.M., by his
mother and natural guardian, PAMALA MUNIZ,

Civil Action No. 2:17-cv-453
(ADS)(ARL)

Plaintiffs,

**NOTICE OF WITHDRAWAL**

-against-

LONG BEACH PUBLIC SCHOOLS, LISA WEITZMAN,
JEANMARIE LILLEY, LAUREN SCHNEIDER,
SABRINA CANTORE, VINCENT RUSSO,
DR. RANDIE BERGER, DR. MICHELE NATALI and
DAVID WEISS, in their individual and official capacities,

Defendants.
-------------------------------------------------------------------------x

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE, that JOHN P. FLAHERTY is no longer attorney of record for defendants, LISA WEITZMAN, JEAN MARIE LILLEY and LAUREN SCHNEIDER, in the above-entitled action and should be removed from the Court's service list with respect to this action.

Dated:  Uniondale, New York
        August 22, 2019

CONGDON, FLAHERTY, O'CALLAGHAN,
REID, DONLON, TRAVIS & FISHLINGER

By: _____
     JOHN P. FLAHERTY (0896)
*Attorneys For Defendants – LISA WEITZMAN,
JEAN MARIE LILLEY and LAUREN SCHNEIDER,
in their individual and official capacities*
333 Earle Ovington Boulevard - Suite 502
Uniondale, New York 11553-3625
(516) 542-5900

TO: GINSBERG & MISK, LLP
*Attorneys for Plaintiffs*
215-48 Jamaica Avenue
Queens Village, Newk York  11428
(718) 468-0500

SILVERMAN & ASSOCIATES
*Attorneys for Defendants LONG BEACH*
*PUBLIC SCHOOLS, SABRINA CANTORE,*
*VINCENT RUSSO, DR. RANDIE BERGER,*
*DR. MICHELLE NATALI and DAVID WEISS*
Office & P.O. Address
445 Hamilton Avenue, Suite 1102
White Plains, New York  10601
(914) 574-4510

H:\WORK\WPDOCS\FILES\G\Gilmore\2nys3036 LG\legal\Not Withdrawal.jpf.8-22-19.doc