# GINSBURG & MISK LLP

Attorneys At Law
215-48 Jamaica Avenue
Queens Village, New York 11428

------

(718) 468-0500
Fax (718) 468-0592

March 26, 2021

**Via ECF Filing**

Hon. Gary R. Brown
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

  **Re: L.G., et al. v. Long Beach CSD, et al.
    Docket No. 17 CV 00453 (GRB)(AYS)**

Dear Judge Brown:

  This office represents the four plaintiffs in the above-referenced matter. I am writing after consultation with all counsel in this matter.

  Kindly accept this correspondence as the parties advice to the Court that all of the plaintiffs' matters have been settled in principle. However, three of the four plaintiffs have reached the age of maturity since the inception of this lawsuit and plaintiff, C.G., will be turning 18 in May. We are therefore in the process of obtaining judicially appointed guardians for all of the plaintiffs for the purposes of permitting authorization for this settlement. Once that is done, we plan to make formal application to this Court for compromise of the settlement.

  In the meantime, we request this Court's permission to remove any deadlines for discovery which may still be in effect. We will contact the Court for a Conference once all appropriate guardianships are in place and legal authority has been granted to effectuate the settlement.

  Lastly, please recall that this matter has been consolidated for purposes of discovery with the matter of <u>Greengus v. Long Beach CSD, et al.</u>, Docket No. 16 CV 01955 (GRB)(AYS. That matter has not been settled and this settlement shall have not affect upon that case which is still ongoing.

Hon. Gary R. Brown
March 26, 2021
Page 2

    I thank you in advance for your attention to this matter. Feel free to contact me if you have any questions.

Very truly yours,

GERARD N. MISK

GNM:de

cc: All Counsel via ECF