```
GINSBURG & MISK LLP
Gerard N. Misk, Esq.   (gm7428)
Attorneys for Plaintiffs
215-48 Jamaica Avenue
Queens Village, New York 11428
Telephone: (718) 468-0500
Facsimile: (718) 468-0592
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------X
L.G., by his mother and natural
guardian, JENNIFER GILMORE,
C.G., by his mother and natural                Docket No.
guardian, ZOILA PATRICIA GARCES,               2:17-cv-00453 (ADS)(ARL)
A.D., by his mother and natural
guardian, NICOLE SUGRUE and
E.M., by his mother and natural                **AMENDED**
guardian, PAMALA MUNIZ,                        **COMPROMISE ORDER**

        Plaintiffs,

  -against-

LONG BEACH PUBLIC SCHOOLS, LISA
WEITZMAN, JEANMARIE LILLEY, LAUREN
SCHNEIDER, SABRINA CANTORE, VINCENT
RUSSO, DR. RANDIE BERGER, DR. MICHELLE
NATALI and DAVID WEISS, in their
individual and official capacities,

        Defendants.
------------------------------------------X

    Upon reading and filing the application of Jennifer Gilmore, the mother and appointed guardian of the plaintiff, Luke Gilmore, duly verified and acknowledged on May 11, 2021 and Nicole Sugrue, the mother and appointed guardian of the plaintiff, Adam Dibra, duly verified and acknowledged on May 11, 2021 and Zoila Patricia Garces, the mother and appointed guardian of Christian Garces duly verified and acknowledged on August 9, 2021, the affirmations of Gerard N. Misk, dated May 11, 2021 and August 4, 2021, and upon all

1

of the pleadings and proceedings heretofore had herein, and it appearing that the within action has been settled by plaintiffs and all the defendants in the total amount of Three Million One Hundred Five Thousand and 00/100 ($3,105,000.00) Dollars, and it appearing that the total settlement sum will be distributed as follows:

| | | | |
|---|---|---|---|
| a) | Gilmore | Gross Settlement: | $1,290,000.00 |
| | | Disbursements/Expenses: | $ 39,528.23 |
| | | Net Settlement: | $1,250,471.79 |
| | | Attorney Fee: | $ 416,823.92 |
| | | Net to Client: | $ 833,647.85 |
| b) | Sugrue/ Dibra | Gross Settlement: | $ 125,000.00 |
| | | Disbursements/Expenses: | $ 29,930.00 (waived) |
| | | Net Settlement: | $ 125,000.00 |
| | | Attorney Fee: | $ 41,666.77 |
| | | Net to Client: | $ 83,333.33 |
| c) | Garces | Gross Settlement: | $1,290,000.00 |
| | | Disbursements/Expenses: | $ 39,528.23 |
| | | Net Settlement: | $1,250,471.79 |
| | | Attorney Fee: | $ 416,823.92 |
| | | Net to Client: | $ 833,647.85 |

d) Remaining sum of $400,000.00 to be held back until guardianship for Emmanuel Muniz is established and further Order of this Court;

It appearing that the best interests of the plaintiffs will be served by compromising the action;

NOW, on the motion of Ginsburg & Misk LLP, attorneys for the plaintiffs herein, it is hereby,

ORDERED, that Jennifer Gilmore, as mother and appointed guardian of plaintiff, Luke Gilmore (age 20, born in 2001), is authorized, empowered and directed to compromise and settle the causes of action on behalf of the plaintiff arising from abuse

suffered while a student at Long Beach Public Schools in the sum of One Million Two Hundred Ninety Thousand and 00/100 ($1,290,000.00) Dollars; and it is further

ORDERED, that Nicole Sugrue, as mother and appointed guardian of plaintiff, Adem Dibra (age 23, born in 1998), is authorized, empowered and directed to compromise and settle the causes of action on behalf of the plaintiff arising from abuse suffered while a student at Long Beach Public Schools in the sum of One Hundred Twenty-Five Thousand and 00/100 ($125,000.00) Dollars; and it is further

ORDERED, that Zoila Patricia Garces, as authorized appointed guardian of Christian Garces (age 18, both in 2003), is authorized, empowered and directed to compromise and settle the causes of action on behalf of the plaintiff arising from abuse suffered while a student at Long Beach Public Schools in the sum of One Million Two Hundred Ninety Thousand and 00/100 ($1,290,000.00) Dollars; and it is further

ORDERED, that the total settlement amount of Three Million One Hundred Five Thousand and 00/100 ($3,105,000.00) Dollars be paid by NY Schools Reciprocal Insurance in the name of the defendants, Long Beach Public Schools, Lisa Weitzman, Jeanmarie Lilley, Lauren Schneider, Sabrina Cantore, Vincent Russo, Dr. Randie Berger, Dr. Michelle Natali and David Weiss, in their individual and official capacities; and it is further

ORDERED, that the settlement proceeds be distributed as follows:

| | | | |
|---|---|---|---|
| a) | Gilmore | Gross Settlement: | $1,290,000.00 |
| | | Disbursements/Expenses: | $ 39,528.23 |
| | | Net Settlement: | $1,250,471.79 |
| | | Attorney Fee: | $ 416,823.92 |
| | | Net to Client: | $ 833,647.85 |
| b) | Sugrue/ Dibra | Gross Settlement: | $ 125,000.00 |
| | | Disbursements/Expenses: | $ 29,930.00 (waived) |
| | | Net Settlement: | $ 125,000.00 |
| | | Attorney Fee: | $ 41,666.77 |
| | | Net to Client: | $ 83,333.33 |
| c) | Garces | Gross Settlement: | $1,290,000.00 |
| | | Disbursements/Expenses: | $ 39,528.23 |
| | | Net Settlement: | $1,250,471.79 |
| | | Attorney Fee: | $ 416,823.92 |
| | | Net to Client: | $ 833,647.85 |
| d) | Muniz | subject to further Order of this Court | $ 400,000.00 |

ORDERED, that upon compliance with the terms of this Order, Jennifer Gilmore, Nicole Sugrue and Zoila Patricia Garces, as mothers and appointed guardians of Luke Gilmore, Adem Dibra and Christian Garces, respectively, be and hereby are authorized to deliver a release and any and all papers necessary to effectuate such settlement and collect such monies herein, and plaintiff's attorney is hereby authorized to deliver Stipulations of Discontinuance and/or Stipulations of Settlement of the above-entitled action to the said defendants.

ENTER

8/11/2021   _____
United States District Judge
Anne Y. Shields

4