**UNITED STATES DISTRICT COURT**   **CIVIL CONFERENCE**
**EASTERN DISTRICT OF NEW YORK**   **MINUTE ORDER**

BEFORE: ANNE Y. SHIELDS     DATE: 9/16/22
    U.S. MAGISTRATE JUDGE   TIME: 10:00 AM
               FTR: 10:16-10:26

CASE:  **CV 17-453 (AYS) (AYS)** L.G., et al v. Long Beach Public Schools, et al

TYPE OF CONFERENCE: MOTION HEARING

APPEARANCES:  Plaintiff  <u>Gerard Misk</u>

       Defendant

**THE FOLLOWING RULINGS WERE MADE:**

☐ Scheduling Order entered.

☐ Settlement conference scheduled for  __ in courtroom 830 of the Long Island Courthouse.
  Counsel shall comply with the undersigned's individual rules on settlement.

☐ Proposed settlement pending:  By __, each party shall notify the court by *ex parte* letter to
  chambers at (631) 712-5715 whether it accepts or rejects the proposed settlement.  These
  letters will be kept confidential.

☐ The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.

☒ Other: Conference held.

         SO ORDERED

         <u>/s/ Anne Y. Shields</u>
         ANNE Y. SHIELDS
         United States Magistrate Judge