GINSBURG & MISK LLP
Gerard N. Misk, Esq. (gm7428)
Attorneys for Plaintiffs
215-48 Jamaica Avenue
Queens Village, New York 11428
Telephone: (718) 468-0500
Facsimile: (718) 468-0592

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
L.G., by his mother and natural
guardian, JENNIFER GILMORE,
C.G., by his mother and natural          Docket No.  (AYS)
guardian, ZOILA PATRICIA GARCES,         2:17-cv-00453 (ADS)(ARL)
A.D., by his mother and natural
guardian, NICOLE SUGRUE and
E.M., by his mother and natural
guardian, PAMALA MUNIZ,                  **COMPROMISE ORDER**

                   Plaintiffs,

  -against-

LONG BEACH PUBLIC SCHOOLS, LISA
WEITZMAN, JEANMARIE LILLEY, LAUREN
SCHNEIDER, SABRINA CANTORE, VINCENT
RUSSO, DR. RANDIE BERGER, DR. MICHELLE
NATALI and DAVID WEISS, in their
individual and official capacities,

                   Defendants.
----------------------------------------X

    Upon reading and filing the application of Pamala Muniz, the mother and appointed guardian of the plaintiff, Emanuel Muniz, duly verified and acknowledged on August 15, 2022 the affirmation of Gerard N. Misk, dated July 20, 2022, and upon all of the pleadings and proceedings heretofore had herein, and it appearing that the within action has been settled by plaintiffs and all the defendants in the total amount of Four Hundred Thousand ($400,000.00) Dollars, and it appearing that the total settlement sum will be distributed

1

as follows:

| | |
|---|---|
| Gross Settlement: | $400,000.00 |
| Disbursements/Expenses: | $ 39,528.23 |
| Net Settlement: | $360,471.77 |
| Attorney Fee: | $120,157.26 |
| Net to Client: | $240,314.51 |

It appearing that the best interests of the plaintiff will be served by compromising the action;

NOW, on the motion of Ginsburg & Misk LLP, attorneys for the plaintiffs herein, it is hereby,

ORDERED, that Pamala Muniz, as mother and appointed guardian of plaintiff, Emanuel Muniz (age 22, born in 2000), is authorized, empowered and directed to compromise and settle the causes of action on behalf of the plaintiff arising from abuse suffered while a student at Long Beach Public Schools in the sum of Four Hundred Thousand ($400,000.00) Dollars; and it is further

ORDERED, that the total settlement amount of Four Hundred Thousand ($400,000.00) Dollars be paid by NY Schools Reciprocal Insurance in the name of the defendants, Long Beach Public Schools, Lisa Weitzman, Jeanmarie Lilley, Lauren Schneider, Sabrina Cantore, Vincent Russo, Dr. Randie Berger, Dr. Michelle Natali and David Weiss, in their individual and official capacities; and it is further

ORDERED, that the settlement proceeds be distributed as follows:

| | |
|---|---|
| Gross Settlement: | $400,000.00 |
| Disbursements/Expenses: | $ 39,528.23 |

```
Net Settlement:         $360,471.77
Attorney Fee:           $120,157.26
Net to Client:          $240,314.51
```

ORDERED, that upon compliance with the terms of this Order, Pamala Muniz as mother and appointed guardian of Emanuel Muniz, be and hereby is authorized to deliver a release and any and all papers necessary to effectuate such settlement and collect such monies herein, and plaintiff's attorney is hereby authorized to deliver Stipulations of Discontinuance and/or Stipulations of Settlement of the above-entitled action to the said defendants.

E N T E R

5/17/23  _____
United States District Judge